United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MLC INTELLECTUAL PROPERTY, LLC, <br> Plaintiff, <br> v. <br> MICRON TECHNOLOGY, INC., et al., <br> Defendants. | Case No. 19-cv-03345-EMC <br><br> **ORDER FINDING DEFENDANT'S MOTION TO DISMISS FIRST AMENDED COMPLAINT MOOT** <br><br> Docket No. 78 |

Micron Europe has filed a motion to dismiss MLC's first amended complaint. This motion was filed just a few days before the Court issued its order (1) granting in part and denying in part the motions to dismiss filed by Micron, Micron Semiconductor, and Micron Consumer and (2) finding IM Flash's motion to dismiss moot. *See* Docket No. 82 (order).

The Court has now reviewed the papers filed by Micron Europe and MLC in conjunction with Micron Europe's motion to dismiss. It finds that the approach taken with respect to IM Flash's motion should be taken here. That is, because the arguments made by Micron Europe are the same or at least similar to those raised by the other defendants referenced above, and because MLC will be filing a second amended complaint to address deficiencies, it makes the most sense to find Micron Europe's motion to dismiss the FAC moot. After MLC files its second amended complaint, all Micron Defendants, including Micron Europe, shall have three weeks to respond to that pleading.

Because the defendants are likely to file another round of 12(b)(6) motions and may well have overlapping arguments once again, the Court orders the parties to meet and confer to see whether a single "consolidated" motion to dismiss is possible and a single "consolidated" opposition. The Court is open to altering page limitations if this approach is taken. The Court

recognizes that defendants may have arguments unique to them but that does not preclude a consolidated motion to dismiss that addresses overlapping arguments and then goes on to address arguments unique.

The hearing on Micron Europe's motion to dismiss is **VACATED**.

This order disposes of Docket No. 78.

**IT IS SO ORDERED**.

Dated: October 28, 2019

_____
EDWARD M. CHEN
United States District Judge